Before STATE INDUSTRIAL BOARD, Respondent. OSCAR LIND, Respondent, v.

LINDE & GRIFFITH COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.